UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-4455

RODNEY DERRICKSON,
Appellant

v.

ROBERT W. MEYERS;
THE DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE;
THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA

(E.D. Pa. No. 2:00-cv-03718)

**ORDER**

Today, the court issued an order denying appellant's request for a certificate of appealability in part. The Court then construed appellant's claim pursuant to Miller v. Alabama, 132 S. Ct. 2455 (2012), is construed as an application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas petition and held in abeyance pending the disposition of In re Pendleton, C.A. No. 12-3617 and In re Baines, C.A. No. 12-3996.

This order was incorrectly docketed as a case dispositive order and the notice of judgment was issued. As the case will continue as an application pursuant to 28 U.S.C. § 2244. Accordingly, it is hereby O R D E R E D that the case is reinstated. The Notice of Judgment previously issued is hereby vacated. The order certified copy of the order which was issued in error will be replaced with a non-certified version.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:       April 1, 2013
tyw/cc:    Mr. Rodney Derrickson
                A. Sheldon Kovach, Esq.